616

478 A.2d 133

Commonwealth v. Knecht, Appellant.

Petition for Allowance of Appeal
Denied Nov. 21, 1984.

Argued December 6, 1982.
Thomas R. Wilson, for appellant; Lee Ruslander, Assistant
District Attorney, for Commonwealth, appellee.

Order and judgment of sentence affirmed.

478 A.2d 134

Commonwealth v. Mellinger, Appellant.

Submitted April
16, 1984. Thomas G. Klingensmith, Assistant Public De-
fender, for appellant; Edward F. Browne, Jr., Assistant
District Attorney, for Commonwealth, appellee.

Before MONTEMURO, CERCONE and HESTER, JJ.

Judgment of sentence affirmed.